# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2485

_____

Michael Bauermeister,                    *
                                          *
              Appellant,                   *
                                          *   Appeal from the United States
       v.                                  *   District Court for the
                                          *   District of Nebraska.
Kor Xiong, President of Hmong             *
Satellite TV, Inc.,                        *          [UNPUBLISHED]
                                          *
              Appellee.                     *

_____

Submitted: September 16, 2011
Filed: September 21, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Bauermeister appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his complaint, in which he requested that criminal charges be brought against the defendant. Upon careful review, we conclude that the dismissal was proper. See United States v. Batchelder, 442 U.S. 114, 124 (1979) ("[w]hether to prosecute and what charges to file or bring before a grand jury are decisions that generally rest in the prosecutor's discretion"); cf. Koll v. Wayzata State Bank,

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

397 F.2d 124, 127 (8th Cir. 1968) (affirming dismissal where plaintiff failed to plead intelligible grounds for federal jurisdiction; basis for federal jurisdiction must affirmatively appear clearly and distinctly). We further conclude that, to the extent Mr. Bauermeister has attempted to advance a new claim on appeal, that claim is not properly before this court. See Stone v. Harry, 364 F. 3d 912, 914 (8th Cir. 2001) (stating general rule that claims not presented in district court may not be advanced for first time on appeal).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____